# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132140

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CYNTHIA MARIE STOMPS,
      Plaintiff-Appellee,

v

MICHIGAN BELL TELEPHONE COMPANY
and SECOND INJURY FUND/TOTAL AND
PERMANENT DISABILITY PROVISION,
      Defendants-Appellants.

SC: 132140
COA: 268420
WCAC: 04-000351

_____/

      On order of the Court, the application for leave to appeal the August 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

t1218